**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-7646

STEVEN E. WARMAN,

Petitioner - Appellant,

v.

WAYNE PHILIPS, Warden,

Respondent – Appellee,

and

FEDERAL BUREAU OF PRISONS,

Respondent.

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. Irene M. Keeley, District Judge. (1:08-cv-00217-IMK-JES)

Submitted: November 17, 2009      Decided: November 25, 2009

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Steven E. Warman, Appellant Pro Se. Daniel W. Dickinson, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven E. Warman, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2006) petition.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  Warman v. Philips, No. 1:08-cv-00217-IMK-JES (N.D.W. Va. Aug. 25, 2009)  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED